# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHRISTOPHER JONES                                              PLAINTIFF

v.                          No. 3:16-cv-83-DPM

D. BOYKINS, Sergeant, Marked Tree Police
Department, and JERRY LUNG, Chief,
Marked Tree Police Department,
both in their Individual and Official Capacities               DEFENDANTS

## ORDER

Jones hasn't filed a motion to reopen or a status report; and the time to do so has passed. № 10. Further, he hasn't kept his address updated. № 11. The Court therefore lifts the stay. Jones's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2017