# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHRISTOPHER JONES                                           PLAINTIFF

v.                          No. 3:16-cv-83-DPM

D. BOYKINS, Sergeant, Marked Tree Police
Department, and JERRY LUNG, Chief,
Marked Tree Police Department,
both in their Individual and Official Capacities            DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2017